**DIGITALSPEED COMMUNICATIONS, INC.**
**Action by Written Consent of the Sole Director**

**Dated: February 6, 2025**

The undersigned, being the sole member of the Board of Directors of DigitalSpeed Communications, Inc., a Pennsylvania business corporation (the "Company"), by consent in writing without the formality of convening a meeting (the "Consent"), hereby adopts, consents, approves, and ratifies the following recitals, resolutions, and actions, effective as of the date set forth above, and does hereby direct this Consent be filed with such Company's minutes:

**WHEREAS,** the Board of Directors (the "Board") is fully informed as to the assets, liabilities, and financial condition of Company and the alternatives available to it;

**WHERAS,** the Board, has determined after consulting with such Company's management, and such Company's legal and financial advisors that it is in the best interests of such Company to avail such Company of the protections afforded by chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), by filing a voluntary petition to commence a case under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, it is:**

**RESOLVED**, that Adam H. Pasternack and such other officers of the Company as may be designated (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11relief, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case with a view to the successful prosecution of such case; and be it further

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Karalis PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Karalis PC; and be it further

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or

immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary: and it be further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and be it further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent as of the date first written above.

By: ______________________________
Adam H. Pasternack, Sole Director

The foregoing Action by Written Consent of the Sole Director was executed in accordance with the Pennsylvania Business Corporation Law and delivered to the undersigned for filing.

By: ______________________________
Adam H. Pasternack, Secretary