# EXHIBIT "A"

# DIGITAL SPEED COMMUNICATIONS, INC

## Proposed Adequate Assurance Payments

| Ref# | Company | Vendor Name | Account Number | Highest Month Bill | Proposed Adequate Assurance Payments |
|---|---|---|---|---|---|
| 1 | DigitalSpeed | Lumen | 1-DLKU6C | $59,554.60 | **$29,777.30** |
| 2 | DigitalSpeed | Lumen | 1-7GLH57 | $96,713.95 | **$48,356.98** |
| 3 | DigitalSpeed | Lumen | 64444085 | $419.81 | **$209.91** |
| 4 | DigitalSpeed | Lumen | 67261150 | $82.78 | **$41.39** |
| 5 | DigitalSpeed | Lumen | 82545774 | $6,945.67 | **$3,472.84** |
| 6 | DigitalSpeed | Lumen | 66781411 | $5.51 | **$2.76** |
| 7 | DigitalSpeed | NuWave Communications, Inc. | 001338 | $198,970.48 | **$99,485.24** |
| 8 | DigitalSpeed | NuWave Communications, Inc. | CORP-003664 | $869.37 | **$434.69** |
| 9 | DigitalSpeed | NuWave Communications, Inc. | CORP-004179 | $55.76 | **$27.88** |
| 10 | DigitalSpeed | Inteliquent, Inc. | 7380 | $27,051.42 | **$13,525.71** |
| 11 | DigitalSpeed | Inteliquent, Inc. | 7645 | $815.56 | **$407.78** |
| 12 | DigitalSpeed | Bandwidth Inc. | BW-7012728 | $656.09 | **$328.05** |
| 13 | DigitalSpeed | NumHub | AUN43 | $10,792.78 | **$5,396.39** |
| 14 | DigitalSpeed | Zayo Group, LLC | 7173 | $1,658.76 | **$829.38** |
| 15 | DigitalSpeed | TransNexus | DigitalSpeed | $532.92 | **$266.46** |
| 16 | DigitalSpeed | Cogent Communications, LLC | DIGITALS00012 | $712.50 | **$356.25** |
| 17 | DigitalSpeed | Cogent Communications, LLC | DIGITALS00011 | $462.50 | **$231.25** |
| | | | | **$406,300.46** | **$203,150.23** |