**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DIGITALSPEED COMMUNICATIONS, INC.,** | : | **Case No. 25-** |
| | : | |
| **Debtor.** | : | |
| | : | |

**NOTICE OF DATE OF EXPEDITED HEARING, MATTERS THAT
WILL BE HEARD AT THE EXPEDITED HEARING, AND HOW TO RESPOND**

DigitalSpeed Communications, Inc. (the "<u>Debtor</u>") has filed a Chapter 11 case and a motion for Scheduling an Expedited Hearing.

1. **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. An Expedited Hearing is scheduled to be held **on February \_\_\_\_\_, 2025 at _____ \_\_\_.m. in Courtroom No. \_\_\_\_\_, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

3. At the Expedited Hearing, the court will consider the Debtor's motions that are listed below:

    a. Motion of Debtor for an Order (A) Authorizing the Debtor to Pay Certain Pre-Petition (I) Wages, Salaries, and Other Compensation and (II) Reimbursable Employee Expenses; (B) Confirming that the Debtor may Continue Pre-Petition Employee Programs in the Ordinary Course of Business; and (C) Directing Banks and Other Financial Institutions to Honor all Related Checks and Electronic Payment Requests;

    b. Motion of Debtor for Entry of an Order Providing Utility Companies with Adequate Assurance of Payment Pursuant to 11 U.S.C. § 366 and

    c. Motion of Debtor for an Order Authorizing and Approving Maintenance and Use of Existing Bank Accounts and Use of Existing Books, Records, and Business Forms.

4. **If you do not want the court to grant the relief sought in these matters** or if you want the court to consider your views, then you must either file a response (*see*

*Instructions below*) or appear at the hearing.

5. Copies of motion(s) and application(s) that will be heard at the Expedited Hearing are enclosed [or will be delivered separately].

6. **If you do not file a response** (*see Instructions below*) **or appear at the hearing, the court may grant the relief that has been requested**.

## Filing Instructions

A. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

B. **If you are not required to file electronically**, you must file your response at

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix Building, Suite 400
> 900 Market Street
> Philadelphia, PA 19107

C. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

D. On the same day that you file or mail your Response to the Motion(s), you must mail or deliver a copy of the Response to the movant's attorney:

> Aris J. Karalis, Esquire
> Robert W. Seitzer, Esquire
> Robert M. Greenbaum, Esquire
> Karalis PC
> 1900 Spruce Street
> Philadelphia, PA 19103
> Phone No.: (215) 546-4500
> Fax No.: (215) 985-4175
> E-mail addresses:   akaralis@karalislaw.com
>                     rseitzer@karalislaw.com
>                     rgreenbaum@karalislaw.com

Dated: February ____, 2025